GEORGE GODFREY, Administrator, etc., Respondent, *v.* OGDEN
P. PELL, Appellant.

(Argued January 30, 1884; decided February 8, 1884.)

*Samuel Hand* for appellant.

*Edward D. McCarthy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.